IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 5:85-MJ-762-FDW-DSC |
|---|---|
| v. | ) **ORDER** |
| [1] RICHARD LYNN BARE | ) **TO DISMISS THE COMPLAINT** |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: April 17, 2018

_____
David S. Cayer
United States Magistrate Judge